UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MACKY CARSON,

    Plaintiff,

                                            CASE NO.

v.

UNITED HEALTHCARE SERVICES, INC.
AND SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC

    Defendants
_____/

## COMPLAINT

COMES NOW the Plaintiff, Macky Carson, by and through his undersigned attorney and sues the Defendants, United Healthcare Services, Inc. and Sedgwick Claims Management Services, Inc. and says:

### COUNT I

1. This is an action for damages under the Employee Retirement Income Security Income Act (ERISA) 29 U.S.C. '1001 et seq.

2. This Court has jurisdiction pursuant to ERISA '502, 29 U.S.C. '1132.

3. Plaintiff is a resident of the Tampa, Hillsborough County, Florida, and was

a participant in each of the plans, funds, program, or arrangements described herein.

4. Plaintiff is a former employee of United Healthcare Services Inc.

5. With respect to all claims made herein, Plaintiff has exhausted his administrative remedies.

6. United Healthcare Services, Inc., is and/or was a plan sponsor of a welfare benefit plan that provided short term disability benefits, through the UnitedHealth Group STD Plan, and is subject to the provisions of ERISA.

7. United Healthcare Services Inc., is engaged in business in Hillsborough County, Florida.

8. Defendant, Sedgwick Claims Management Services, Inc is a foreign corporation engaged in business in Hillsborough, Florida and is:

    (a) the plan administrator of the plan, or

    (b) the deemed plan administrator by virtue of its assumption and exercise of their responsibilities and duties of the plan administrator, or

    (c) the deemed plan administrator by virtue of its possession and exercise of control over the named plan administrator, or

    (d) although purporting to act as a professional rendering professional advice to the Plan:

        (i) has such a degree of influence or control over fiduciary decisions that it knew, or should have known, that its advice will be followed, or

        (ii) has a relationship with the plan administrator

which gives them effective control over plan matters, or

        (iii)   has such a degree of influence over the plan fiduciaries that the plan fiduciaries have relinquished their independent discretion.

9.   The Plaintiff was disabled between December 27, 2022 and February 6, 2023 as defined by the plan. A decision was made by Sedgwick Claims Management Services, Inc, finding that the Plaintiff was not disabled under the policy disabled between December 27, 2022 and February 6, 2023. The Plaintiff appealed this decision and on April 18, 2023, the Defendant, Sedgwick Claims Management Services, Inc., issued a reconsideration decision, affirming their decision.

10.   Plaintiff is entitled to the benefits identified herein because:

    (a)   The benefit is a permitted benefit under the plan.

    (b)   Plaintiff has satisfied all conditions to be eligible to receive the benefits.

    (c)   Plaintiff has not waived or otherwise relinquished his entitlement to the benefit.

11.   Defendants, United Healthcare Services, Inc and Sedgwick Claims Management Services, Inc., refused to pay the benefits sought by the Plaintiff.

12.   Pursuant to ERISA '502(g), 29 U.S.C. '1132(g), the Plaintiff is entitled to an award of reasonable attorney fees and costs incurred in an action brought under ERISA. Plaintiff has been required to obtain the undersigned attorney to represent him in this matter and has agreed to a reasonable attorney fee as compensation to him for his

services.

      WHEREFORE, Macky Carson, asks this Court to enter judgment against Defendants, United Healthcare Services Inc. and Sedgwick Claims Management Services, Inc, finding he is entitled to receive short term disability benefits from the plan, plus attorney fees, costs, and other such relief as the Court deems proper.

      Respectfully submitted,

s/Michael A. Steinberg
MICHAEL A. STEINBERG, ESQ.
4925 Independence Parkway, Ste. 195
Tampa, FL  33634
813-221-1300
Fla. Bar No.:  0340065
Attorney for Plaintiff
mas@ssalawyers.com